HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
RONNIE FLEMING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONNIE FLEMING,<br><br>    Defendant. | Case No.  2:23-cr-00203-DAD-1<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE; ORDER<br><br>DATE:   November 28, 2023<br>TIME:    9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Nicholas Fogg, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Ronnie Fleming, that the sentencing hearing currently set for November 28, 2023, be continued to **December 12, 2023, at 9:30 a.m.**

   The reason for the continuance is that the court is unavailable during the week of the currently scheduled sentencing hearing. U.S Probation joins in the request to move the date to December 12, 2023.

   The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

   //

| | |
|---|---|
| Draft Presentence Report Due: | October 31, 2023 |
| Informal Objections to Presentence Report Due: | November 14, 2023 |
| Presentence Report Due: | November 21, 2023 |
| Formal Objections to Presentence Report Due: | November 28, 2023 |
| Reply or Statement of Non-Opposition Due: | December 5, 2023 |
| Judgment and Sentencing: | December 12, 2023 |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 3, 2023

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
RONNIE FLEMING

Date: October 3, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Nicholas Fogg*
NICHOLAS FOGG
Assistant U.S. Attorneys
Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: **October 3, 2023**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE