PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00203 DAD |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER |
| v. | |
| RONNIE DOUGLAS FLEMING, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 12, 2023.

2. By this stipulation, the parties now move to continue sentencing until February 20, 2023.

[remainder of page intentionally blank]

STIPULATION REGARDING CONTINUANCE OF SENTENCING

1

3. The parties agree and stipulate that the PSR is not yet complete. The defendant is out of custody. A continuance is necessary to allow time for the defendant to be interviewed, the PSR to be completed, and for the parties to review it. The parties have discussed the new sentencing date with the probation officer assigned to draft the PSR.

IT IS SO STIPULATED.

Dated:  November 20, 2023         PHILLIP A. TALBERT
                                  United States Attorney

                                  /s/ NICHOLAS M. FOGG
                                  NICHOLAS M. FOGG
                                  Assistant United States Attorney

Dated:  November 20, 2023         /s/ NOA OREN
                                  NOA OREN
                                  Counsel for Defendant
                                  RONNIE DOUGLAS
                                  FLEMING

STIPULATION REGARDING CONTINUANCE OF SENTENCING

2

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for December 12, 2023, is continued to February 20, 2023 at 9:30 a.m. before the undersigned.

IT IS SO ORDERED.

Dated: **November 20, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING CONTINUANCE OF SENTENCING

3