HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
RONNIE FLEMING

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RONNIE FLEMING<br><br>    Defendant. | Case No.   2:23-cr-00203-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE: February 20, 2024<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for February 20, 2024, at 9:30 a.m. be continued to **April 30, 2024, at 9:30 a.m.**

The PSR interview has been completed, however there is currently no draft presentence report and defense counsel will be out for personal reasons for a few weeks. It is therefore requested that the matter be continued to April 30, 2024, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Draft Presentence Report Due: | March 19, 2024 |
| Informal Objections to Presentence Report Due: | April 2, 2024 |
| Final Presentence Report Due: | April 9, 2024 |
| Formal Objections to Presentence Report Due: | April 16, 2024 |
| Reply or Statement of Non-Opposition Due: | April 23, 2024 |

Judgment and Sentencing:                                         April 30, 2024

                                                    Respectfully submitted,

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

DATED: January 11, 2024                             /s/ Noa Oren
                                                    NOA OREN
                                                    Assistant Federal Defender
                                                    Attorneys for Defendant
                                                    RONNIE FLEMING


                                                    PHILLIP A. TALBERT
                                                    Acting United States Attorney

DATED: January 11, 2024                              /s/ Nicholas Fogg
                                                    NICHOLAS FOGG
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff


# **O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously set for February 20 2024, is CONTINUED to **April 30, 2024, at 9:30 a.m.** The modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated:  **January 11, 2024**

                                                    DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE